IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DIVINE MINISTER ULYSSES TAYLOR BEY, a/k/a ULYSSESS CARNELL TAYLOR (# 209130),** * * * * * | |
| Petitioner, * | **CIVIL ACTION 1:20-00385-KD-B** |
| v. * * | |
| **WARDEN CHRISTOPHER GORDON,** * * | |
| Respondent. * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated December 12, 2020 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED without prejudice** and Bey is not entitled to a certificate of appealability or for permission to appeal *in forma pauperis*.

**DONE** this the **30th** day of **December 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**