# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DIVINE MINISTER ULYSSES TAYLOR BEY, a/k/a ULYSSESS CARNELL TAYLOR (# 209130),** * * * * * | |
| Petitioner, * * | CIVIL ACTION 1:20-00385-KD-B |
| v. * * | |
| **WARDEN CHRISTOPHER GORDON,** * * | |
| Respondent. * | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice.** Bey is not entitled to a certificate of appealability or for permission to appeal *in forma pauperis*.

**DONE** this the **30th** day of **December 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**